IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATIVE AMERICAN CHURCH OF NORTH AMERICA AND SANDOR IRON ROPE | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 5:17-CV-00108-OLG |
| v. | § | |
| | § | |
| TRANSPORATION SECURITY ADMINISTRATION, JANE FISHER, AND JOHN DOE | § | |
| | § | |
| Defendants | § | |

**STIPULATION OF DISMISSAL**

Comes now Plaintiffs, Native American Church of North America and Sandor Iron Rope, and Co-Defendant, Transportation Security Administration, and Co-Defendant, Jane Fisher, by and through their undersigned counsels of record, whom hereby agree and stipulate as follows:

The parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of the above-captioned action against the Co-Defendants, Transportation Security Administration and Jane Fisher, with each party to bear their own costs, fees and expenses. The settlement agreement and its Exhibits A and B are attached.

Respectfully Submitted,

**JOHN F. BASH**
United States Attorney

By: /s/ James F. Gilligan
**JAMES F. GILLIGAN**
Assistant United States Attorney
Texas Bar No. 07941200
United States Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7345
Fax: (210) 384-7312
jim.gilligan@usdoj.gov

Attorneys for United States of America

By and For Co-Defendant,
TRANSPORTATION SECURITY
ADMINISTRATION

C. SALVATORE D'ALESSIO, JR.
Acting Director
Torts Branch, Civil Division

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

By: *_/s/ Laura Katherine Smith**_____
**LAURA KATHERINE SMITH**
Trial Attorney, Torts Branch
United States Department of Justice
Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-0419
Fax: (202) 616-4314
Laura.Smith2@usdoj.gov
*with permission

Attorneys for Co-Defendant,
JANE FISHER

By: ______________________

**RAY T. TORGERSON**
Texas Bar No. 24003067
PORTER AND HEDGES LLP
1000 Main Street, 36th Floor,
Houston, Texas 77002
Tel: (713) 226-6650
Fax: (713) 228-1331
rtorgerson@porterhedges.com

**FORREST TAHDOOAHNIPPAH**
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500,
Minneapolis, Minnesota 55402
Tel: (612) 340-2600
Fax: (612) 340-2868
forrest@dorsey.com

**STEVEN C. MOORE**
NATIVE AMERICAN RIGHTS FUND
1500 Broadway
Boulder, Colorado 80302
Tel: (303) 447-8760
Fax: (303) 443-7776
smoore@narf.org

Attorneys for Plaintiffs,

NATIVE AMERICAN CHURCH OF NORTH AMERICA AND SANDOR IRON ROPE